AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

United States of America
v.
Sean Lee Randall

Case No: 4:06-cr-00583-TLW-3
USM No: 13983-171

Date of Original Judgment: 04/26/2007
Date of Previous Amended Judgment: 02/28/2012
*(Use Date of Last Amended Judgment if Any)*

Mark C. McLawhorn
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

The Court concludes that Defendant is eligible for relief under Amendment 782. However, in exercising its discretion under § 3582(c)(2), the Court concludes that his sentence should not be reduced. This conclusion is based on a consideration of relevant caselaw and the factors set forth in Application Note 1(B) of § 1B1.10 (including the § 3553(a) factors), including the significant drug weight for which he was held accountable and public safety considerations based on his extensive, violent criminal history, which included a conviction for assault with a deadly weapon and two convictions for assault with intent to kill. He also received a firearm enhancement for the instant offense. See United States v. Smalls, 720 F.3d 193, 195 (4th Cir. 2013); United States v. Legree, 205 F.3d 724, 727 (4th Cir. 2000).

Except as otherwise provided, all provisions of the judgment dated   02/28/2012   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 09/21/2015

s/ Terry L. Wooten
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Terry L. Wooten, Chief United States District Judge
*Printed name and title*